**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: February 24, 2023  
Docket #: 23-52cv  
Short Title: Redd v. City of New York

DC Docket #: 19-cv-2917  
DC Court: EDNY (BROOKLYN)  
DC Judge: Dearie  
DC Judge: Merkl

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8543.