UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of March, two thousand twenty-three.

_____

Derrick Redd,

    Plaintiff - Appellant,

v.

City of New York, The New York City Police Department (NYPD), Detective Edward Balfe, Detective Ronald Waldron, Detective Billy Millan, Police Officer Fresnel, Police Officers John Does,

    Defendants - Appellees.

_____

**ORDER**
Docket No. 23-52

Appellant Derrick Redd's submission of a motion to extend time does not comply with the Court's prescribed filing requirements. Despite due notice, the defect has not been cured.

IT IS HEREBY ORDERED that the said motion to extend time is stricken from the docket.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

